IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LARRY SHABBAZ GOODEN, JR.,
and BARRY CHESTER WILLIAMS,

Defendants.                                          No. 07-CR-30015-DRH

MEMORANDUM and ORDER

HERNDON, District Judge:

Now before the Court is Defendant Larry Gooden's May 31, 2007 motion to continue (Doc. 50). Defendant states that he needs additional time to conduct plea negotiations. The Government does not oppose the motion. The Court being fully advised in the premises finds that Defendant needs additional time to conduct plea negotiations. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the *Defendants* in a speedy trial. Also, forcing the parties to trial on a case that appears to have great potential to resolve amicably would be a great miscarriage of justice.

Therefore, the Court **GRANTS** Defendant Gooden's motion to continue

(Doc. 50).   The Court **CONTINUES** the jury trial scheduled for June 4, 2007 to **Monday, July 30, 2007 at 9:00 a.m.**  The time from the date the original motion was filed, May 31, 2007, until the date to which the trial is rescheduled, July 30, 2007, is excludable time for the purposes of speedy trial.  The parties shall notify the Court if a change of plea hearing is necessary.

**IT IS SO ORDERED.**

Signed this 1st day of June, 2007.

/s/        David   RHerndon
**United States District Judge**