IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**LARRY SHABBAZ GOODEN, JR.,**

**Defendant.**                                         No. 07-CR-30015-DRH

### ORDER

**HERNDON, Chief Judge:**

On November 19, 2007, the Court held a hearing on Gooden's pro se motion to dismiss counsel (Doc. 66) and his pro se motion review of sentence 3742 (Doc. 69). Based on the reasons stated on the record, the Court **GRANTS** Gooden's pro se motion to dismiss counsel and **DENIES without prejudice** his pro se motion review of sentence 3742. The Court **APPOINTS** attorney Paul Sims to represent Gooden in this matter. Further, the Court **CONTINUES** the sentencing to March 6, 2008 at 9:30 a.m. and **ALLOWS** Gooden up to and including January 7, 2008 to file objections to the Pre-Sentence Investigation Report.

**IT IS SO ORDERED.**

Signed this 26th day of November, 2007.

/s/     David R. Herndon
**Chief Judge**
**United States District Court**