IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**LARRY SHABBAZ GOODEN, JR.,**

    **Defendant.**                               Case No. 07-cr-30015-1-DRH

## ORDER

**HERNDON, Chief Judge:**

        This matter is before the Court on Defendant's Motion for Psychiatric Evaluation pursuant to l8 U.S.C. § 4241 (Doc. 81) to determine if Defendant is able to understand the nature and consequences of the proceedings against him and to aid in his defense. After conducting a hearing this date, which included arguments of counsel and testimony from the Defendant's fiancée, the Court finds that there is sufficient evidence in the record to warrant an examination to determine whether Defendant is currently suffering from a mental disease or defect which may render him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Further, the Court finds reasonable cause to examine the issue of whether Defendant fully

comprehended the nature of the charges against him when he entered his plea of guilty in this matter on July 20, 2007. The Court also finds there is a need to determine the nature of Defendant's mental competency or whether Defendant was suffering from a diminished capacity at the time of the alleged crimes for which he is charged.

Accordingly, the Court hereby **GRANTS** Defendant's Motion (Doc. 81) and **ORDERS** that Defendant Larry Shabbaz Gooden, Jr., undergo a psychological or psychiatric examination by a licensed psychiatrist or psychologist at an suitable institution to be designated by the Attorney General or his designee. Unless impracticable, the examination shall be conducted at a suitable institution located closest to the Court. The examination shall be completed within **thirty (30) days** unless an extension is granted by the Court. The psychiatrist or psychological report, or both, shall be filed with the Court, under seal, in accordance with 18 U.S.C. § 4247 (b) and (c).

The United States Marshall shall transport Defendant to the institution designated by the Attorney General or his designee and upon completion of the examination and shall return Defendant to the Court for a hearing in accordance with §§ 4241, 4242 and 4247(d), said hearing to be scheduled by the Court after receipt of the psychiatric or psychological report. The thirty (30) days allowed for the examination of Defendant pursuant to this Order shall begin on the day Defendant is first physically present at the institution designated by the Attorney General or his

designee. The Clerk is instructed to send a courtesy copy of this Order to the U.S. Marshal's Office.

**IT IS SO ORDERED.**

Signed this 18th day of January, 2008.

/s/    *DavidRHerndon*
**Chief Judge**
**United States District Court**